Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

Additional Counsel For Plaintiff on Signature Page

*Attorneys for Plaintiff*,
Keisha Newsom

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEISHA NEWSOM, individually and on behalf of others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PIVOTAL PAYMENTS, INC., D/B/A CAPITAL PROCESSING NETWORK,**<br><br>**Defendant.** | Case No: 5:16-cv-02546-JGB-KK<br><br>**NOTICE OF UNILATERAL DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. JESUS G. BERNAL** |

Plaintiff KEISHA NEWSOM hereby moves this Court to dismiss the above entitled action without prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e)[1] are inapplicable to the dismissal of this putative class action because this action has not been certified as a class. Regardless, there is no prejudice to the absent class members because (i) it is highly unlikely that there has been any reliance by putative class members on the filing of this class action to vindicate their rights; (ii) putative class members' claims will not be prejudiced by lack of adequate time to file other actions due to the tolling of the absent class members' claims; (iii) there have been no concessions, impairments or other actions taken by the Parties' counsel that would prejudice the class' claims; and (iv) the putative class members are being dismissed without prejudice

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action without prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.

Dated: December 14, 2016          **HYDE & SWIGART**

                                  By: s/Joshua B. Swigart
                                  Joshua B. Swigart
                                  Attorneys for Plaintiff

Additional Counsel for Plaintiff:

Daniel G. Shay, Esq. (SBN: 250548)
danielshay@SanDiegoBankruptcyNow.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108
Telephone:    (619) 222-7429
Facsimile:    (866) 431-3292

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.